IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CV 61

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> APPROXIMATELY $98,130.12 IN U.S. ) <br> CURRENCY SEIZED FROM RODNEY ) <br> ALLISON AND LATASHA JOHNSON ) <br> ) <br> Defendant, ) <br> ) | ORDER |

This matter is before the Court on the Government's Motion to Continue Stay and Status Report (Doc. 9).

By Order filed on May 10, 2019, the undersigned granted the joint motion of the parties and stayed this matter for 90 days. In its current Motion, the Government advises that the related criminal case is scheduled for the trial term beginning on September 3, 2019 and requests that the stay of this matter be continued.[1]

For the reasons stated in the Motion, an extension of the stay will be allowed.

---

[1] The Government states a continuance from the September 5, 2019 term may be needed as Defendants have filed a motion to suppress.

Accordingly, the Government's Motion to Continue Stay and Status Report (Doc. 9) is **GRANTED,** and this matter shall remain **STAYED** until the completion of the related criminal case. The Government is **DIRECTED** to file a status report promptly upon the conclusion of the criminal case.

Signed: August 9, 2019

W. Carleton Metcalf
United States Magistrate Judge