IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:19-cv-00061-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| APPROXIMATELY $98,130.12 IN | ) |
| U.S. CURRENCY SEIZED FROM | ) |
| RODNEY ALLISON AND LATASHA | ) |
| JOHNSON, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**THIS MATTER** is before the Court *sua sponte*.

This matter was previously stayed pending the resolution of a related criminal matter pending with respect to the Claimant Rodney Allison. [Docs. 8, 10]. On February 28, 2022, Mr. Allison was sentenced in that related criminal matter, and a Consent Order and Judgment of Forfeiture was entered with respect to the Defendant Currency. [See United States v. Rodney Dejuan Allison, 1:19-cr-00128-MR-WCM-2, Docs. 338, 340].

In light of the resolution of the related criminal matter, the stay will be lifted in this civil action, and the parties will be directed to conduct a new Rule 26(f) conference and file an updated Rule 26(f) report with the Court.

**IT IS, THEREFORE, ORDERED** that the stay of this matter is hereby **LIFTED**.

**IT IS FURTHER ORDERED** that, within fourteen (14) days of the entry of this Order, the parties shall conduct a new Rule 26(f) conference and file an updated Rule 26(f) report with the Court.

**IT IS SO ORDERED**.

Signed: March 4, 2022

Martin Reidinger
Chief United States District Judge